## AFFIDAVIT OF SERVICE

| Case:<br>22-4013 | Court:<br>In the United States District Court for the Eastern District of Pennsylvania | County: | Job:<br>7963780 (22-577) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Andrew R. Perrong | | **Defendant / Respondent:**<br>Charlie for Governor, Charles Gerow, Marguerite Luksik | |
| **Received by:**<br>The Browning Group LLC | | **For:**<br>Andrew Perrong | |
| **To be served upon:**<br>Charles Gerow | | | |

I, Kenneth Browning, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Charles Gerow, 4725 Charles Rd, Mechanicsburg, PA 17050
**Manner of Service:**   Authorized, Nov 28, 2022, 5:35 pm EST
**Documents:**   Summons in a Civil Action, Complaint, Civil Cover Sheet (Received Nov 15, 2022 at 12:00pm EST)

**Additional Comments:**
1) Unsuccessful Attempt: Nov 16, 2022, 1:20 pm EST at 4725 Charles Rd, Mechanicsburg, PA 17050
No answer at residence

2) Successful Attempt: Nov 28, 2022, 5:35 pm EST at 4725 Charles Rd, Mechanicsburg, PA 17050 received by Charles Gerow. Hand Delivered to Eric Gerow (Son)

_____   12/01/2022
Kenneth Browning                  Date

The Browning Group LLC
6571 Windmere Road
Harrisburg, PA 17111
1-800-939-2978