## AFFIDAVIT OF SERVICE

| Case: 22-4013 | Court: In the United States District Court for the Eastern District of Pennsylvania | County: | Job: 7963769 (22-577) |
|---|---|---|---|
| **Plaintiff / Petitioner:** Andrew R. Perrong | | **Defendant / Respondent:** Charlie for Governor, Charles Gerow, Marguerite Luksik | |
| **Received by:** The Browning Group LLC | | **For:** Andrew Perrong | |
| **To be served upon:** Charlie for Governor | | | |

I, Kenneth Browning, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Charlie for Governor, 4725 Charles Rd, Mechanicsburg, PA 17050
**Manner of Service:** Authorized, Nov 28, 2022, 5:35 pm EST
**Documents:** Summons in a Civil Action, Complaint, Civil Cover Sheet, (Received Nov 15, 2022 at 12:00pm EST)

**Additional Comments:**
1) Successful Attempt: Nov 28, 2022, 5:35 pm EST at 4725 Charles Rd, Mechanicsburg, PA 17050 received by Charlie for Governor. Hand Delivered to Eric Gerow (Son)

_(signature)_   12/01/2022
Kenneth Browning   Date

The Browning Group LLC
6571 Windmere Road
Harrisburg, PA 17111
1-800-939-2978