| | |
|---|---|
| **From:** | Charlie Gerow <cgerow@quantumcomms.com> |
| **Sent:** | Monday, December 19, 2022 6:00 PM |
| **To:** | PAED Documents |
| **Subject:** | Answer To Complaint |
| **Attachments:** | 2022-12-19-172723.pdf |

**CAUTION - EXTERNAL:**

Response to Case 2:22-cv-04013-JS

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**Quantum Communications**
strategy * advocacy * media

**Charlie Gerow**
p. 717.213.4955 | f. 717.213.4957
cgerow@quantumcomms.com | quantumcomms.com
Follow us on Twitter @quantumcomms