IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW PERRONG,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| **CHARLIE FOR GOVERNOR, et al.,** | : | NO. 22-4013 |
| Defendants. | : | |

## SCHEDULING ORDER

**NOW,** this 3rd day of October, 2023, following a preliminary pretrial conference, it is hereby **ORDERED** as follows:

1. All factual discovery shall be completed on or before **December 15, 2023;**

2. Dispositive motions shall be filed on or before **January 15, 2024;**

3. Responses to dispositive motions shall be filed no later than **January 29, 2024;**

4. Motions *in limine* are due **February 21, 2024;**

5. Responses to motions *in limine* are due **March 4, 2024;**

6. Plaintiff's pretrial memorandum is due **March 4, 2024;**

7. Defendant's pretrial memorandum is due **March 4, 2024;**

8. A final pre-trial conference shall be held on **March 6, 2024** in **Courtroom 6A at 2pm;**

9. Joint exhibit binder is to be submitted to chambers no later than 3:00 p.m. the day before trial.

10. This matter is in the jury pool beginning on **March 11, 2024** and ending on **March 22, 2024.**

BY THE COURT:

_____
Hon. Mia R. Perez