**IN IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANDREW R. PERRONG,<br><br>            Plaintiff,<br><br>vs.<br><br>CHARLIE FOR GOVERNOR, CHARLES GEROW, AND MARGUERITE LUKSIK<br><br>            Defendants. | Case No. 2:22-cv-04013 |

## REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT CHARLIE FOR GOVERNOR

COMES NOW Plaintiff Andrew R. Perrong, pursuant to Fed. R. Civ. P. 55(a), and hereby files this Motion for Clerk's Entry of Default against Defendant Charlie for Governor in the above-styled action. Mr. Perrong respectfully requests that the Clerk of Court enter default as the Defendant has failed to serve or file an answer to Plaintiff's claims in this action within the time permitted by law or otherwise.

Federal Rule of Civil Procedure 12(a), entitled "Time to Serve a Responsive Pleading," provides in pertinent part that "[a] defendant must serve an answer within 21 days after being served with the summons and complaint." FED. R. CIV. P. 1(a)(1)(A)(i). Federal Rule of Civil Procedure 55(a), entitled "Entering a Default," provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk *must* enter the party's default." FED. R. CIV. P. 1(a)(1)(A)(i) (emphasis added).

Here, the Plaintiff filed his Complaint on October 6, 2022. (See ECF No. 1.) The Defendant was served with the Summons and Complaint on November 28, 2022. (See ECF No. 6.) Accordingly, Defendant's responsive pleading was due on December 19, 2022. Defendant did

1

not file a response as of January 15, 2024. Accordingly, the Plaintiff requests that the Clerk enter the Defendant's default pursuant to FED. R. CIV. P. 55(a).

## CONCLUSION

WHEREFORE, for the reasons set forth herein, the Plaintiff respectfully requests that the Clerk of Court enter default against the Defendant pursuant to FED. R. CIV. P. 55(a).

Dated: **January 15, 2024**

_____/s/_____  
Andrew R. Perrong  
*Plaintiff Pro-Se*  
1657 The Fairway #131  
Jenkintown, PA 19046  
Phone: 215-791-6957  
Facsimile: 888-329-0305  
andyperrong@gmail.com

## CERTIFICATE OF SERVICE

Plaintiff certifies that on January 15, 2024, he filed the foregoing via CM/ECF, which will automatically send a copy to all attorneys of record on the case. Furthermore, Plaintiff certifies that he sent a copy of the foregoing via first class mail to:

Charlie for Governor  
4725 Charles Rd.  
Mechanicsburg, PA 17050

_____/s/_____  
Andrew R. Perrong  
*Plaintiff Pro-Se*  
1657 The Fairway #131  
Jenkintown, PA 19046  
Phone: 215-791-6957  
Facsimile: 888-329-0305  
andyperrong@gmail.com