Exhibit A

Pennsylvania Secretary of State Record for Charlie for Governor Committee



| | | | | |
|---|---|---|---|---|
| **Election Information** | Home > Election Information > Committee Information | | | **Frequently Asked Questions** |
| **Basic Search** | **Committee Information - CHARLIE FOR GOVERNOR** | | | |
| **Advanced Search** | Committee ID: 20210224 | | Address: | PO BOX 11624 |
| **Registered Committee List** | Committee Type: CPC | | | |
| | Committee Status: Terminated | | City, State, Zip: | HARRISBURG PA 17108- |
| | Registration Date: 06/14/2021 | | Phone: | (717)712-9437 |
| | Termination Date: 06/15/2022 | | Fax: | |

**Supported Candidates** | Contributions Made | CF Reports | 24 hr - CF Reports | Contacts

| View | CandidateID | Type | Office | Address | Authorization Date |
|---|---|---|---|---|---|
| GEROW, CHARLES R | 2022C0238 | Petition | GOVERNOR | | 06/14/2021 |

This website is compatible with the following browsers: