Exhibit C

Anveo Telephone Records



| Direction | Type | Init | Started | Ended | From # / CallerID | To # | Billable Duration | Amount | Status | ANI | Route ID | Trunk | SIP trace | ACCOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IN | DIDIN | 07-May-2022 19:35:52 | 07-May-2022 19:36:04 | 07-May-2022 19:45:57 | 12233220908 | +1215947 | 00:09:53 | -$0.0400 | ANSWER | | | | 💾 | 8515783191 |
| IN | DIDIN | 06-May-2022 19:27:07 | 06-May-2022 19:27:11 | 06-May-2022 19:28:09 | 12233220908 | +1215947 | 00:00:58 | -$0.0040 | ANSWER | | | | 💾 | 8515783191 |