# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PERRONG** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| | : | |
| CHARLIE FOR GOVERNOR et al | | NO.   22-cv-4013 |

### Entry of Default

Default is entered pursuant to Federal Rule of Civil Procedure 55(a) against Defendants CHARLIE FOR GOVERNOR for failure to plead or otherwise defend.

CHARLIE FOR GOVERNOR

George Wylesol
Clerk of Court

By: ___s/John Arrow_____
 John Arrow, Deputy Clerk