IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG<br>1657 THE FAIRWAY #131<br>JENKINTOWN, PA 19046<br><br>Plaintiff<br><br>vs.<br><br>CHARLIE FOR GOVERNOR, CHARLES GEROW, AND MARGUERITE LUKSIK<br><br>Defendants. | Case No. 2:22-cv-04013<br><br>JURY TRIAL DEMANDED |

**DEFENDANT'S MOTION TO OPEN AND SET ASIDE JUDGMENT**

COMES NOW, Charles Gerow, Defendant, pro se, by special appearance, and moves this Honorable Court to open and set aside the judgment entered against defendant, Charlie for Governor on or about January 20, 2024 and respectfully sets forth the following in support thereof:

1) Defendant, Charles Gerow, is proceeding pro se in his own defense in this matter. He does not and has never represented Defendant Charlie for Governor, accepted service on their behalf or entered his appearance for them. Plaintiff has been repeatedly been so advised both orally and in writing. Defendant Charlie for Governor is without representation and therefore not able to file this Motion on their own.

2) Defendant Charlie for Governor was never properly served with a Complaint in this matter. Therefore no duty to respond arises.

3) At the time of the filing of the Complaint in this matter, Defendant Charlie for Governor had not existed for approximately four (4) months, having been terminated by the Pennsylvania Department of State on or about June 15, 2022, a fact reasonable investigation by Plaintiff would have revealed.

4) Plaintiff's Request for Clerk's Entry of Default fails to set an amount certain as damages and accordingly the Clerk is not empowered to unilaterally enter Default Judgment.

WHEREFORE, for the reasons set forth above, Defendant Charlie for Governor respectfully requests This Honorable Court to Open and Set Aside the Judgment entered by the Clerk on or about January 20 and to further Order Plaintiff to cease and desist any action(s) he has taken in pursuit of execution of said judgment and to take no further action in pursuit of execution.

DATED: January 30, 2024.                    Respectfully submitted,

 

BY: */s/ Charles R. Gerow*
    CHARLES R. GEROW
    4725 Charles Road
    Mechanicsburg, PA 17050
    717-877-8194
    Cgerow@quantumcomms.com

### CERTIFICATE OF SERVICE

I certify that I caused the above Motion to Open and Set Aside Judgment to be served on Plaintiff by United States Mail, first class postage prepaid, on January 30, 2024 at the following

address:   Andrew Perrong
      1657 The Fairway #131            BY: */s/ Charles R. Gerow*
      Jenkintown, PA 19046.                 CHARLES R. GEROW
                                                           4725 Charles Rd.
                                                          Mechanicsburg, PA 17050

Case 2:22-cv-04013-MRP   Document 22   Filed 01/30/24   Page 3 of 3