IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **ANDREW R. PERRONG,** | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| **CHARLIE FOR GOVERNOR, et al.,** | : | NO. 2:22-cv-4013-MRP |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this 4th day of March, 2024, upon consideration of Defendant Gerow's Motion to Open or Set Aside Judgment (ECF No. 22), and the response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**. The default entered against Defendant Charlie for Governor (ECF No. 20) is **VACATED** and **SET ASIDE**.

BY THE COURT:

_____
Hon. Mia R. Perez