IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW R. PERRONG, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| CHARLIE FOR GOVERNOR, et al., | : | NO. 2:22-cv-4013-MRP |
| Defendants. | : | |

**ORDER**

**AND NOW,** this 4th day of March, 2024, upon consideration of Plaintiff's Motion for Summary Judgment (ECF No. 18), Defendant Gerow's Motion for Summary Judgment (ECF No. 19), and the responses thereto, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Summary Judgment is **DENIED**.

2. Defendant Gerow's Motion for Summary Judgment is **GRANTED** and the claims against the Defendants are **DISMISSED WITH PREJUDICE**.

BY THE COURT:

_____
Hon. Mia R. Perez